UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY LYNCH-BEY,

        Plaintiff,

                        CASE NO. 2:17-CV-10099
v.                      HONORABLE VICTORIA A. ROBERTS

KYM WORTHY, DAVID ALLEN, and
MARK T. SLAVENS,

        Defendants.
_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

This matter is before the Court on Plaintiff Anthony Lynch-Bey's Motion for Reconsideration concerning the Court's dismissal of his pro se Prisoner Civil Rights Complaint brought pursuant to 42 U.S.C. § 1983. The Court dismissed the Complaint based upon *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), for lack of subject matter jurisdiction under the *Rooker-Feldman* doctrine, *Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923); *District of Columbia Ct. of App. v. Feldman*, 460 U.S. 462 (1983), for failure to state a claim upon which relief may be granted, and based upon absolute immunity.

Plaintiff's Motion must be denied. A request for reconsideration which presents issues already ruled upon by the Court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Plaintiff raises such issues in his Motion. The Court properly dismissed the Complaint for the reasons stated in its dismissal decision. Plaintiff fails to meet his burden of showing a palpable defect by which the Court has been misled or his

burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3). Accordingly, the Court **DENIES** Plaintiff's Motion for Reconsideration. This case is closed. No further pleadings should be filed in this matter.

    **IT IS SO ORDERED**.

                                                  S/Victoria A. Roberts
                                                  VICTORIA A. ROBERTS
                                                  UNITED STATES DISTRICT JUDGE

Dated: February 23, 2017